## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

DELORES CORDOVA,

    Plaintiff,

v.                                                                            No. CIV 08-681 JB/ACT

STATE OF NEW MEXICO
TAXATION AND REVENUE
DEPARTMENT, et al.,

    Defendants.

### ORDER ADOPTING JOINT STATUS REPORT AND
### PROVISIONAL DISCOVERY PLAN

THIS MATTER came before the Court following a review of the Joint Status Report and Provisional Discovery Plan, filed March 9, 2009 (Doc. 17), the Court adopts the Joint Status Report and Provisional Discovery Plan except as modified by the Scheduling Order entered March 27, 2009 (Doc. 22).

                                                                      _____
                                                                      UNITED STATES DISTRICT JUDGE